**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:   Leslie Ashley | Chapter 13 |
| Debtor | Bankruptcy No. 15-23669 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

Please enter the appearance of Michelle H. Badolato as co-counsel on behalf of

Creditor, Cenlar FSB as attorney in fact for AmeriHome Mortgage Company, LLC and index

same on the master mailing list.

/s/ Michelle H. Badolato

Michelle H. Badolato (Fed ID No. 14477)
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
Phone:  (856) 321-2401
Facsimile:  (856) 321-2415
mbadolato@stradley.com
*Attorney for Creditor,*
*Cenlar FSB as attorney in fact for*
Dated: February 1, 2018                 *AmeriHome Mortgage Company, LLC*

# 3203622

## CERTIFICATE OF SERVICE

I, Michelle H. Badolato, certify that a copy of the foregoing Notice of Entry of

Appearance was served via PACER on all counsel of record.


*/s/ Michelle H. Badolato*
Michelle H. Badolato

# 3203622