# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |  |
|---|---|---|
| **Debtor:** | LESLIE R. ASHLEY | |
| **Case Number:** | 15-23669-JAD | **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 06, 2018 10:00 AM   COURTROOM D | |
| **Bankruptcy Judge:** | JEFFERY A. DELLER | |
| **Courtroom Clerk:** | JEFF FURIS | |
| **Reporter / ECR:** | N/A | |

## Matter:

Motion To Enforce The Automatic Stay Together With A Request For The Payment of Sanctions And Attorney's Fees Under 11 U.S.C. § 362(k) And A Request For An Emergency Hearing filed by Debtors
- Status Report filed by Debtor on 2/2/18 at Doc. # 119
- No Response Filed [Due 2/5/18 at Noon]
R / M #:  112 / 0

## Appearances:

TRUSTEE: WINNECOUR / / KATZ / PAIL
DEBTOR(S): Abagale Steidl, Esq.
CREDITOR:

## Proceedings:

____ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
_____ For At Least _____ Days (Court To Issue Scheduling Order)
_____ To Hearing Date Of _____ at _____ AM/PM at
_____ To Conciliation Conference For _____ at
_____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Evidentiary Hearing On Value And Cram-Down Interest
_____ Complex / Pretrial Order - NONJURY  /  JURY
_____ Simple / Pretrial Order - NONJURY  /  JURY
_____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:

Stipulated order due w/ 10 days.

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
2/6/18 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA