IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Leslie Ashley | : | Case No. 15-23669 JAD |
|       Debtor | : | Chapter 13 |
| | : | Document No. 121 |
| Leslie Ashley | : | |
|       Movant | : | Related to Document No. 112 |
| | : | |
|    vs. | : | |
| | : | |
| AmeriHome Mortgage | : | |
|       Respondent | : | |

## **ORDER OF COURT**

AND NOW, to wit, this __20th__ day of __February__, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Leslie Ashley is hereby granted an extension until February 23, 2018 to file a Consent Order relating to the Motion to Enforce the Automatic Stay.

FURTHER ORDERED:  n/a

_____ jsf
U.S. Bankruptcy Judge

FILED
2/20/18 10:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie R. Ashley
    Debtor

Case No. 15-23669-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Feb 20, 2018
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db          +Leslie R. Ashley,    10 Mechling Way,    Greensburg, PA 15601-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
          James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
          Michelle Badolato    on behalf of Creditor    Amerihome Mortgage Company, LLC mbadolato@stradley.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                       TOTAL: 6