IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Leslie Ashley              :  Case No. 15-23669 JAD
    Debtor                 :  Chapter 13
                           :  Document No. 124

Leslie Ashley              :
    Movant                 :  Related to Document Nos. 112
                           :
vs.                        :
                           :
AmeriHome Mortgage         :
    Respondent             :

**CONSENT ORDER**

AND NOW, to wit, this 26th day of Feb, 2018, it is hereby Ordered, Adjudged, and Decreed that:

1) Debtor's Motion to Enforce the Automatic Stay [Dkt. 112] is resolved between the parties.

2) AmeriHome Mortgage Company, LLC ("AmeriHome") and/or Cenlar FSB ("Cenlar") will dismiss any current foreclosure proceeding as to 10 Mechling Way, Greensburg, PA 15601 (the "Property") relative to Loan Number xxxxxx6824 (the "Loan").

3) AmeriHome and Cenlar shall update their internal records to reflect that Debtor is currently in an active chapter 13 bankruptcy case, and all Loan payments are to be paid through the Chapter 13 Trustee.

4) Debtor's counsel, Steidl and Steinberg, will receive payment of legal fees totaling $1,000.00. Those fees should be remitted directly to Steidl and Steinberg, P.C., at Suite 2830- Gulf Tower, 707 Grant St., Pittsburgh, PA 15219 within 21 days of the date of this Order.

5) Debtor, Leslie Ashley, will receive payment totaling $500.00 for hardships incurred through these proceedings. That payment should be remitted directly to Debtor and mailed to her at the Property within 21 days of the date of this Order.

6) Within 30 days of the date of this Order, AmeriHome and/or Cenlar will request that the credit reporting agencies correct any inaccurate negative credit reporting that may have been furnished.

7) AmeriHome and/or Cenlar will reverse any inaccurate fees or costs that have been posted to the Debtor's Loan account, and provide evidence of same to Debtor's counsel within 30 days of this Order.

8) A loan history showing the history of the loan since its October 2017 inception will be provided to Debtor's counsel within 30 days.

Further Ordered: N/A.

_____
Hon. Jeffrey A. Deller

# 3472513 v.1

FILED
2/26/18 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Document      Page 2 of 2

United States Bankruptcy Judge

/s/ Abagale Steidl                               Dated: 2/22/2018
Abagale Steidl, Esquire
Attorney for the Debtor


/s/ Michelle Badolato                        Dated: 2/22/2018
Michelle Badolato, Esquire
Attorney for AmeriHome Mortgage
through its attorney in fact Cenlar FSB


/s/ Jana Pail                                         Dated: 2/22/2018
Office of the Chapter 13 Trustee

# 3472513 v. 1