IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
    Leslie Ashley : Case No. 15-23669 JAD
        Debtor : Chapter 13
 : Document No. 124

Leslie Ashley :
        Movant : Related to Document Nos. 112
 :
vs. :
 :
AmeriHome Mortgage :
        Respondent :

**CONSENT ORDER**

AND NOW, to wit, this 26th day of Feb, 2018, it is hereby Ordered, Adjudged, and Decreed that:

1) Debtor's Motion to Enforce the Automatic Stay [Dkt. 112] is resolved between the parties.

2) AmeriHome Mortgage Company, LLC ("AmeriHome") and/or Cenlar FSB ("Cenlar") will dismiss any current foreclosure proceeding as to 10 Mechling Way, Greensburg, PA 15601 (the "Property") relative to Loan Number xxxxxx6824 (the "Loan").

3) AmeriHome and Cenlar shall update their internal records to reflect that Debtor is currently in an active chapter 13 bankruptcy case, and all Loan payments are to be paid through the Chapter 13 Trustee.

4) Debtor's counsel, Steidl and Steinberg, will receive payment of legal fees totaling $1,000.00. Those fees should be remitted directly to Steidl and Steinberg, P.C., at Suite 2830- Gulf Tower, 707 Grant St., Pittsburgh, PA 15219 within 21 days of the date of this Order.

5) Debtor, Leslie Ashley, will receive payment totaling $500.00 for hardships incurred through these proceedings. That payment should be remitted directly to Debtor and mailed to her at the Property within 21 days of the date of this Order.

6) Within 30 days of the date of this Order, AmeriHome and/or Cenlar will request that the credit reporting agencies correct any inaccurate negative credit reporting that may have been furnished.

7) AmeriHome and/or Cenlar will reverse any inaccurate fees or costs that have been posted to the Debtor's Loan account, and provide evidence of same to Debtor's counsel within 30 days of this Order.

8) A loan history showing the history of the loan since its October 2017 inception will be provided to Debtor's counsel within 30 days.

Further Ordered: N/A.

Hon. Jeffrey A. Deller
# 3472513 v. 1

FILED
2/26/18 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Judge

/s/ Abagale Steidl                Dated: 2/22/2018
Abagale Steidl, Esquire
Attorney for the Debtor


/s/ Michelle Badolato             Dated: 2/22/2018
Michelle Badolato, Esquire
Attorney for AmeriHome Mortgage
through its attorney in fact Cenlar FSB


/s/ Jana Pail                     Dated: 2/22/2018
Office of the Chapter 13 Trustee

# 3472513 v. 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leslie R. Ashley  
      Debtor

Case No. 15-23669-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin            Page 1 of 1            Date Rcvd: Feb 26, 2018  
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db             +Leslie R. Ashley,    10 Mechling Way,    Greensburg, PA 15601-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:

        Abagale E. Steidl    on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
        James    Warmbrodt     on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com  
        Michelle    Badolato     on behalf of Creditor     Amerihome Mortgage Company, LLC mbadolato@stradley.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                TOTAL: 6