**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | Case No. 15-23669-JAD |
| ) | |
| **Leslie R. Ashley** ) | |
| **Debtor** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 109 |

**CONSENT ORDER MODIFYING NOVEMBER 6, 2017 ORDER
CONFIRMING CHAPTER 13 PLAN**

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 6, 2017 it is

ORDERED that Part "1.H." be amended to add the following: The first payment due October 2017 under the post-petition mortgage refinance is due and payable to GSF Mortgage Corporation; payments due November 2017 forward are payable to AmeriHome Mortgage;

IT IS FURTHER ORDERED that since AmeriHome Mortgage has already been paid for the October 2017 payment, it may directly reimburse GSF Mortgage Corporation.

The November 6, 2017 order otherwise remains in full force and effect.

BY THE COURT:

_____
Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910   Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Abagale E. Steidl
Abagale E. Steidl Esquire
Attorney for Debtors
Steidl & Steinberg
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219
412-391-8000
asteidl@steidl-steinberg.com

 /s/ Jerry Wolfe
Jerry Wolfe
Corporate Officer for
GSF Mortgage Corporation
15430 W. Capitol Drive
Brookfield WI 53005
262-901-1421
jwolfe@gogsf.com

/s/ Michelle H. Badolato
Michael H. Badolato
Attorney for AmeriHome Mortgage
Stradley Ronon Stevens & Young LLP
457 Haddonfiled Road Suite 110
Cherry Hill NJ 08002
mbadolato@stradley.com