IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-23669-JAD |
| | ) | |
| **Leslie R. Ashley** | ) | |
| **Debtor** | ) | Chapter 13 |
| | ) | Document No. 127 |
| | ) | Related to Document No. 109 |

## CONSENT ORDER MODIFYING NOVEMBER 6, 2017 ORDER CONFIRMING CHAPTER 13 PLAN

AND NOW, this __31st__ day of __August__, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated November 6, 2017 it is

ORDERED that Part "1.H." be amended to add the following: The first payment due October 2017 under the post-petition mortgage refinance is due and payable to GSF Mortgage Corporation; payments due November 2017 forward are payable to AmeriHome Mortgage;

IT IS FURTHER ORDERED that since AmeriHome Mortgage has already been paid for the October 2017 payment, it may directly reimburse GSF Mortgage Corporation.

The November 6, 2017 order otherwise remains in full force and effect.

BY THE COURT:



Jeffery A. Deller
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910    Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Abagale E. Steidl
Abagale E. Steidl Esquire
Attorney for Debtors
Steidl & Steinberg
707 Grant Street
28th Floor Gulf Tower
Pittsburgh PA 15219
412-391-8000
asteidl@steidl-steinberg.com

 /s/ Jerry Wolfe
Jerry Wolfe
Corporate Officer for
GSF Mortgage Corporation
15430 W. Capitol Drive
Brookfield WI 53005
262-901-1421
jwolfe@gogsf.com

/s/ Michelle H. Badolato
Michael H. Badolato
Attorney for AmeriHome Mortgage
Stradley Ronon Stevens & Young LLP
457 Haddonfiled Road Suite 110
Cherry Hill NJ 08002
mbadolato@stradley.com

FILED
8/31/18 1:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# 3635000  v. 1

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-23669-JAD
Leslie R. Ashley                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala              Page 1 of 2           Date Rcvd: Aug 31, 2018
                              Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
```
db         +Leslie R. Ashley,    10 Mechling Way,    Greensburg, PA 15601-2217
sp         +Daniel Schiffman,    Shiffman & Wojdowski,    1300 Fifth Avenue,    Pittsburgh, PA 15219-6270
r          +Donna Wetzel-Felice,    Berkshire Hathaway,    108 Old Route 30,    Greensburg, PA 15601-3516
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
             Pittsburgh, PA 15212-5860
14152149    AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14699362    AmeriHome Mortgage Co.,    P.O. Box 11733,    Newark, NJ 07101-4733
14117878    American Express,    P.O. Box 297812,    Fort Lauderdale, FL 33329-7812
14117879   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     P.O. Box 9212,    Wilmington, DE 19886-5019)
14117881    Best Buy,    P.O. Box 6204,    Sioux Falls, SD 57117-6204
14117882    Chase,    P.O. Box 15123,    Wilmington, DE 19850-5123
14129034   +Daniel Schiffman, Esq.,    Schiffman Firm,    1300 Fifth Ave.,    Pittsburgh, PA 15219-6270
14350881    ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14699361   +GSF Mortgage Corp.,,    15430 W. Capitol Dr.,    Brookfield, WI 53005-2626
14117883    Macy's,    P.O. Box 8058,    Mason, OH 45040-8058
14131057   +Navient Solutions Inc. on behalf of,    PHEAA,    Po box 8147,    Harrisburg,PA 17105-8147
14117885    Sears,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
14117886   +State Farm Bank,    P.O. Box 3299,    Milwaukee, WI 53201-3299
14122165    State Farm Bank, FSB,    Attn: Bankruptcy Dept.,    PO Box 2328,    Bloomington, IL 61702-2328
14117888    Target,    P.O. Box 660170,    Dallas, TX 75266-0170
14117890    Wells Fargo Bank,    P.O. Box 25341,    Santa Ana, CA 92799-5341
14133212    Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14121614    E-mail/Text: bankruptcy@bbandt.com Sep 01 2018 01:47:58     BB&T,    PO Box 1847,
             Wilson, NC 27894
14117880    E-mail/Text: bankruptcy@bbandt.com Sep 01 2018 01:47:58     BB&T Mortgage,    P.O. Box 2467,
             Greenville, SC 29602-2467
14173240    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 01 2018 01:51:37
             Department Stores National Bank,    c/o American InfoSource LP,    PO Box 4457,
             Houston, TX  77210-4457
14162313   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2018 01:48:20     Midland Credit Management, Inc.,
             as agent for  MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14117884    E-mail/PDF: pa_dc_claims@navient.com Sep 01 2018 01:51:34     Navient,    P.O. Box 9533,
             Wilkes Barre, PA 18773-9533
14175371    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 01 2018 01:51:50
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14117887    E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:13     Synchrony Financial,
             P.O. Box 956052,    Orlando, FL 32896-5052
14117889    E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2018 01:51:13     Walmart,    P.O. Box 965046,
             Orlando, FL 32896-5046
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Amerihome Mortgage Company, LLC
cr*           ++BB AND T,   PO BOX 1847,    WILSON NC 27894-1847
              (address filed with court: BB&T,     PO Box 1847,    Wilson, NC  27894-1847)
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN  55116-0408
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: aala                    Page 2 of 2                  Date Rcvd: Aug 31, 2018
                                  Form ID: pdf900               Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
              James  Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com
              Michelle  Badolato    on behalf of Creditor    Amerihome Mortgage Company, LLC
               mbadolato@stradley.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```