# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LESLIE R. ASHLEY                                     Case No. 15-23669JAD

           Debtor(s)
RONDA J. WINNECOUR,                                  Chapter 13
Standing Chapter 13 Trustee,

           Movant                    Document No __
    vs.
AMERIHOME MORTGAGE

           Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

AMERIHOME MORTGAGE                                   Court claim# NC/Trustee CID# 18
PO BOX 986
NEWARK, NJ 07184-0986

The Movant further certifies that on 11/13/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| **DEBTOR(S):**<br>LESLIE R. ASHLEY, 10 MECHLING WAY, GREENSBURG, PA  15601 | **DEBTOR'S COUNSEL:**<br>KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
| **ORIGINAL CREDITOR'S COUNSEL:**<br>JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | **:**<br>MICHELLE H BADOLATO ESQ, STRADLEY RONON STEVENS & YOUNG LLP, LIBERTY VIEW, 457 HADDONFIELD RD STE 100, CHERRY HILL, NJ  08002 |
| **ORIGINAL CREDITOR:**<br>AMERIHOME MORTGAGE, PO BOX 986, NEWARK, NJ  07184-0986 | |
| **NEW CREDITOR:** | |