IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Leslie R. Ashley, | ) | Bankruptcy No. 15-23669JAD |
| | ) | Chapter 13 |
| Debtor | ) | Related to Claim No. N/A ) |
| | | |
| AmeriHome Mortgage Company, LLC, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Leslie R. Ashley, | ) | |
| | | |
| Respondent | | |

## DECLARATION THAT NO AMENDED PLAN IS NECESSARY

AND NOW, comes the debtor, Leslie R. Ashley, by and through her attorney Abagale Steidl and Steidl and Steinberg, and respectfully represents as follows:

1. Debtor's attorney has been notified that the monthly mortgage payment is now $830.89.

2. The Plan is adequately funded and no amended Plan is necessary in this case. The new post-petition monthly mortgage payment payable to AmeriHome Mortgage Company, LLC in the sum of $830.89 effective January 1, 2020 per the Notice of Mortgage Payment Change dated December 4, 2019.

Respectfully submitted,

February 11, 2020
DATE

/s/ Abagale Steidl
Abagale Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
asteidl@steidl-steinberg.com
PA I.D. No. 319217