**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Leslie R. Ashley ) | Case No. 15-23669 JAD |
|     Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | Related to Doc. #141 |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, American Express, AmeriHome Mortgage, ) | |
| BB&T, Bank of America, Best Buy, JP Morgan Chase, ) | |
| Dept. Stores National Bank, ECMC, Midland Credit ) | |
| Management, Navient, PA Dept. of Revenue, Peoples ) | |
| Natural Gas, Portfolio Recovery Assoc., Sears, State ) | |
| Farm Bank, Synchrony Financial, Target, Walmart, ) | |
| Wells Fargo Bank, ) | |
|     Respondents ) | |

## ORDER OF COURT

AND NOW, to-wit this ___18th___ day of ___June___, 2020, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $5,145.00 for work performed in the Chapter 13 case by Debtor's counsel from September 11, 2015, to May 19, 2020.

2. The Debtor paid her counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid an $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $9,145.00, with the total to be paid through the Plan by

    the Trustee being $6,390.00 (representing the $3,390.00 previously approved to be paid (as set forth above), and an additional $3,000.00 that was approved as part of the Amended Chapter 13 Plan dated September 15, 2017 (at Doc. 101) which was confirmed on November 6, 2017, (at Doc. 109),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $5,145.00. The remaining balance is waived.

                                                                          sjk
                                                        Hon. Jeffery A. Deller
                                                   United States Bankruptcy Judge

FILED
6/18/20 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leslie R. Ashley  
      Debtor

Case No. 15-23669-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Jun 18, 2020  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2020.  
db           +Leslie R. Ashley,    10 Mechling Way,    Greensburg, PA 15601-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:  
         Abagale E. Steidl    on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James Warmbrodt    on behalf of Creditor    Amerihome Mortgage Company, LLC bkgroup@kmllawgroup.com  
         Michelle Badolato    on behalf of Creditor    Amerihome Mortgage Company, LLC mbadolato@stradley.com, bfecker@stradley.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                                                                                          TOTAL: 6