## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

   LESLIE R. ASHLEY | Case No.15-23669JAD

       Debtor(s)

Ronda J. Winnecour, Trustee
  Movant | Chapter 13
    vs.
LESLIE R. ASHLEY

| Related to
Document No.____148__

      Respondents

---

## ORDER TO STOP PAYROLL DEDUCTIONS

   AND NOW, this __7th____ day of _October_ , 20_20_ it is hereby ORDERED, ADJUDGED, and DECREED that,

Adelphoi Village Inc
Attn: Payroll Manager
354 Main St
Latrobe,PA 15650

is hereby ordered to immediately terminate the attachment of the wages of LESLIE R. ASHLEY,

social security number XXX-XX-8709.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of LESLIE R. ASHLEY.

BY THE COURT:

_____sjk_____

cc: Debtor(s)
   Debtor(s) Attorney
   Debtor(s) Employer

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
10/7/20 8:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 15-23669-JAD

Leslie R. Ashley                                                                        Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: lfin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leslie R. Ashley, 10 Mechling Way, Greensburg, PA 15601-2217 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020            Signature:      /s/Joseph Speetjens

---

# CM /ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abagale E. Steidl | |
| | on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com |
| | julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | |
| | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Michelle Badolato | |
| | on behalf of Creditor Amerihome Mortgage Company  LLC mbadolato@stradley.com, bfecker@stradley.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: lfin                                    Page 2 of 2
Date Rcvd: Oct 07, 2020                       Form ID: pdf900                            Total Noticed: 1

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company  LLC sjw@sjwpgh.com,
                        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

TOTAL: 6