Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Leslie R. Ashley**
Debtor(s)

Bankruptcy Case No.: 15−23669−JAD

Chapter: 13
Docket No.: 159 − 158

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 1st of December, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/11/21.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/20/21 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/11/21.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23669-JAD |
| Leslie R. Ashley | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jfur | Page 1 of 2 |
| Date Rcvd: Dec 01, 2020 | Form ID: 408 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie R. Ashley, 10 Mechling Way, Greensburg, PA 15601-2217 |
| sp | + | Daniel Schiffman, Shiffman & Wojdowski, 1300 Fifth Avenue, Pittsburgh, PA 15219-6270 |
| r | + | Donna Wetzel-Felice, Berkshire Hathaway, 108 Old Route 30, Greensburg, PA 15601-3516 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14152149 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14699362 | + | AmeriHome Mortgage Co., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14117878 | | American Express, P.O. Box 297812, Fort Lauderdale, FL 33329-7812 |
| 14117879 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 9212, Wilmington, DE 19886-5019 |
| 14117881 | | Best Buy, P.O. Box 6204, Sioux Falls, SD 57117-6204 |
| 14117883 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 14129034 | + | Daniel Schiffman, Esq., Schiffman Firm, 1300 Fifth Ave., Pittsburgh, PA 15219-6270 |
| 14350881 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14699361 | + | GSF Mortgage Corp.,, 15430 W. Capitol Dr., Brookfield, WI 53005-2626 |
| 14131057 | + | Navient Solutions Inc. on behalf of, PHEAA, Po box 8147, Harrisburg,PA 17105-8147 |
| 14117885 | | Sears, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14117888 | | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14117890 | # | Wells Fargo Bank, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14133212 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14121614 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2020 05:20:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 14117880 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2020 05:20:00 | BB&T Mortgage, P.O. Box 2467, Greenville, SC 29602-2467 |
| 14173240 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 02 2020 05:11:26 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14117882 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:12:22 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14162313 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2020 05:21:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117884 | | Email/PDF: pa_dc_claims@navient.com | Dec 02 2020 05:11:21 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14175371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 05:12:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14117886 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 02 2020 05:20:00 | | State Farm Bank, P.O. Box 3299, Milwaukee, WI 53201-3299 |
| 14122165 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com Dec 02 2020 05:20:00 | | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14117887 | | Email/PDF: gecsedi@recoverycorp.com Dec 02 2020 05:12:21 | | Synchrony Financial, P.O. Box 956052, Orlando, FL 32896-5052 |
| 14117889 | | Email/PDF: gecsedi@recoverycorp.com Dec 02 2020 05:12:21 | | Walmart, P.O. Box 965046, Orlando, FL 32896-5046 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2020              Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:

**Name** **Email Address**

Abagale E. Steidl
on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com
julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Brian Nicholas
on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com

Michelle Badolato
on behalf of Creditor Amerihome Mortgage Company  LLC mbadolato@stradley.com, bfecker@stradley.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6