**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LESLIE R. ASHLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>       Movant<br>        vs.<br>No Respondents. | Case No.:15-23669 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

November 24, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 10/06/2015 and confirmed on 11/17/15. The case was subsequently          Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 95,809.05 |
| Less Refunds to Debtor | 8,145.09 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,663.96 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,390.00 | |
|   Trustee Fee | 4,147.11 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,537.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 14,506.38 | 14,506.38 | 0.00 | 14,506.38 |
|     Acct: 6051 | | | | |
|   BRANCH BANKING&TRUST CO/BB&T(*) | 675.92 | 675.92 | 0.00 | 675.92 |
|     Acct: 6051 | | | | |
|   STATE FARM BANK FSB | 2,593.23 | 2,593.23 | 289.81 | 2,883.04 |
|     Acct: 8159 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 5,719.18 | 5,719.18 | 225.10 | 5,944.28 |
|     Acct: 4900 | | | | |
| | | | | 24,009.62 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LESLIE R. ASHLEY | 4,115.05 | 4,115.05 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LESLIE R. ASHLEY | 4,030.04 | 4,030.04 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-20 | | | | |
|   AMERIHOME MORTGAGE COMPANY LLC | 0.00 | 31,962.50 | 0.00 | 31,962.50 |
|     Acct: 6824 | | | | |
| | | | | 31,962.50 |
| **Unsecured** | | | | |
|   ECMC(*) | 3,736.18 | 3,736.18 | 0.00 | 3,736.18 |
|     Acct: 8709 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 5,509.63 | 5,509.63 | 0.00 | 5,509.63 |
|     Acct: 5000 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,235.48 | 2,235.48 | 0.00 | 2,235.48 |
|     Acct: 9957 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: ? | | | | |
|     DEPARTMENT STORES NATIONAL BANK | 4,878.35 | 4,878.35 | 0.00 | 4,878.35 |
|     Acct: 5152 | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 390.15 | 390.15 | 0.00 | 390.15 |
|     Acct: 8655 | | | | |
|     MIDLAND FUNDING LLC | 437.59 | 437.59 | 0.00 | 437.59 |
|     Acct: 9614 | | | | |
|     TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|     MIDLAND FUNDING LLC | 3,967.35 | 3,967.35 | 0.00 | 3,967.35 |
|     Acct: 4606 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     MICHELLE H BADOLATO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 21,154.73 |

TOTAL PAID TO CREDITORS                                                                77,126.85

TOTAL CLAIMED
PRIORITY           0.00
SECURED       23,494.71
UNSECURED     21,154.73

Date: 11/24/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LESLIE R. ASHLEY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23669 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                               BY THE COURT:

                                                               U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-23669-JAD

Leslie R. Ashley     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jfur     Page 1 of 2

Date Rcvd: Dec 01, 2020     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie R. Ashley, 10 Mechling Way, Greensburg, PA 15601-2217 |
| sp | + | Daniel Schiffman, Shiffman & Wojdowski, 1300 Fifth Avenue, Pittsburgh, PA 15219-6270 |
| r | + | Donna Wetzel-Felice, Berkshire Hathaway, 108 Old Route 30, Greensburg, PA 15601-3516 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14152149 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14699362 | + | AmeriHome Mortgage Co., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14117878 | | American Express, P.O. Box 297812, Fort Lauderdale, FL 33329-7812 |
| 14117879 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 9212, Wilmington, DE 19886-5019 |
| 14117881 | | Best Buy, P.O. Box 6204, Sioux Falls, SD 57117-6204 |
| 14117883 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 14129034 | + | Daniel Schiffman, Esq., Schiffman Firm, 1300 Fifth Ave., Pittsburgh, PA 15219-6270 |
| 14350881 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14699361 | + | GSF Mortgage Corp.,, 15430 W. Capitol Dr., Brookfield, WI 53005-2626 |
| 14131057 | + | Navient Solutions Inc. on behalf of, PHEAA, Po box 8147, Harrisburg,PA 17105-8147 |
| 14117885 | | Sears, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14117888 | | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14117890 | # | Wells Fargo Bank, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14133212 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14121614 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2020 05:20:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 14117880 | | Email/Text: bankruptcy@bbandt.com | Dec 02 2020 05:20:00 | BB&T Mortgage, P.O. Box 2467, Greenville, SC 29602-2467 |
| 14173240 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 02 2020 05:13:32 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14117882 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 02 2020 05:13:23 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14162313 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2020 05:21:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117884 | | Email/PDF: pa_dc_claims@navient.com | Dec 02 2020 05:13:27 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14175371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 02 2020 05:12:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 01, 2020 | Form ID: pdf900 | Total Noticed: 29 |

| 14117886 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
| | | | Dec 02 2020 05:20:00 | State Farm Bank, P.O. Box 3299, Milwaukee, WI 53201-3299 |
| 14122165 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | | |
| | | | Dec 02 2020 05:20:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14117887 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 02 2020 05:11:17 | Synchrony Financial, P.O. Box 956052, Orlando, FL 32896-5052 |
| 14117889 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 02 2020 05:12:22 | Walmart, P.O. Box 965046, Orlando, FL 32896-5046 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Michelle Badolato | on behalf of Creditor Amerihome Mortgage Company  LLC mbadolato@stradley.com, bfecker@stradley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6