| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Leslie R. Ashley** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8709 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–23669–JAD** | |

# Order of Discharge                                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Leslie R. Ashley

<u>1/14/21</u>                                                                              **By the court:**      <u>Jeffery A. Deller</u>
                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-23669-JAD

Leslie R. Ashley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: lfin  Page 1 of 3
Date Rcvd: Jan 14, 2021  Form ID: 3180W  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie R. Ashley, 10 Mechling Way, Greensburg, PA 15601-2217 |
| sp | + | Daniel Schiffman, Shiffman & Wojdowski, 1300 Fifth Avenue, Pittsburgh, PA 15219-6270 |
| r | + | Donna Wetzel-Felice, Berkshire Hathaway, 108 Old Route 30, Greensburg, PA 15601-3516 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14699362 | + | AmeriHome Mortgage Co., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14129034 | + | Daniel Schiffman, Esq., Schiffman Firm, 1300 Fifth Ave., Pittsburgh, PA 15219-6270 |
| 14699361 | + | GSF Mortgage Corp.,, 15430 W. Capitol Dr., Brookfield, WI 53005-2626 |
| 14131057 | + | Navient Solutions Inc. on behalf of, PHEAA, Po box 8147, Harrisburg,PA 17105-8147 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jan 15 2021 05:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2021 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 15 2021 05:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 15 2021 02:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14152149 | EDI: BECKLEE.COM | Jan 15 2021 05:43:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14117878 | EDI: AMEREXPR.COM | Jan 15 2021 05:43:00 | American Express, P.O. Box 297812, Fort Lauderdale, FL 33329-7812 |
| 14117879 | EDI: BANKAMER.COM | Jan 15 2021 05:43:00 | Bank of America, P.O. Box 9212, Wilmington, DE 19886-5019 |
| 14121614 | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 14117880 | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T Mortgage, P.O. Box 2467, Greenville, SC 29602-2467 |
| 14117881 | EDI: CITICORP.COM | Jan 15 2021 05:43:00 | Best Buy, P.O. Box 6204, Sioux Falls, SD 57117-6204 |
| 14117883 | EDI: CITICORP.COM | Jan 15 2021 05:43:00 | Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 14173240 | EDI: AIS.COM | | |

Case 15-23669-JAD   Doc 167   Filed 01/16/21   Entered 01/17/21 00:34:43   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 15 2021 05:43:00 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14350881 | | EDI: ECMC.COM | Jan 15 2021 05:43:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14117882 | | EDI: JPMORGANCHASE | Jan 15 2021 05:43:00 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14162313 | + | EDI: MID8.COM | Jan 15 2021 05:43:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117884 | | EDI: NAVIENTFKASMSERV.COM | Jan 15 2021 05:43:00 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14175371 | | EDI: PRA.COM | Jan 15 2021 05:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14117885 | | EDI: CITICORP.COM | Jan 15 2021 05:43:00 | Sears, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14117886 | + | EDI: STFM.COM | Jan 15 2021 05:43:00 | State Farm Bank, P.O. Box 3299, Milwaukee, WI 53201-3299 |
| 14122165 | | EDI: STFM.COM | Jan 15 2021 05:43:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14117887 | | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Synchrony Financial, P.O. Box 956052, Orlando, FL 32896-5052 |
| 14117888 | | EDI: WTRRNBANK.COM | Jan 15 2021 05:43:00 | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14117889 | | EDI: RMSC.COM | Jan 15 2021 05:43:00 | Walmart, P.O. Box 965046, Orlando, FL 32896-5046 |
| 14117890 | | EDI: WFFC.COM | Jan 15 2021 05:43:00 | Wells Fargo Bank, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14133212 | | EDI: WFFC.COM | Jan 15 2021 05:43:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021          Signature:     /s/Joseph Speetjens

District/off: 0315-2     User: lfin     Page 3 of 3
Date Rcvd: Jan 14, 2021     Form ID: 3180W     Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Abagale E. Steidl | on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company LLC bnicholas@kmllawgroup.com |
| Michelle Badolato | on behalf of Creditor Amerihome Mortgage Company LLC mbadolato@stradley.com, bfecker@stradley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6