**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    LESLIE R. ASHLEY

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:15-23669 JAD

Chapter 13

Document No.: 158

FILED
1/14/21 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this ___14th___ day of ___January___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23669-JAD |
| Leslie R. Ashley | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leslie R. Ashley, 10 Mechling Way, Greensburg, PA 15601-2217 |
| sp | + | Daniel Schiffman, Shiffman & Wojdowski, 1300 Fifth Avenue, Pittsburgh, PA 15219-6270 |
| r | + | Donna Wetzel-Felice, Berkshire Hathaway, 108 Old Route 30, Greensburg, PA 15601-3516 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14152149 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14699362 | + | AmeriHome Mortgage Co., 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14117878 | | American Express, P.O. Box 297812, Fort Lauderdale, FL 33329-7812 |
| 14117879 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 9212, Wilmington, DE 19886-5019 |
| 14117881 | | Best Buy, P.O. Box 6204, Sioux Falls, SD 57117-6204 |
| 14117883 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, P.O. Box 8058, Mason, OH 45040-8058 |
| 14129034 | + | Daniel Schiffman, Esq., Schiffman Firm, 1300 Fifth Ave., Pittsburgh, PA 15219-6270 |
| 14350881 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14699361 | + | GSF Mortgage Corp.,, 15430 W. Capitol Dr., Brookfield, WI 53005-2626 |
| 14131057 | + | Navient Solutions Inc. on behalf of, PHEAA, Po box 8147, Harrisburg,PA 17105-8147 |
| 14117885 | | Sears, P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14117888 | | Target, P.O. Box 660170, Dallas, TX 75266-0170 |
| 14117890 | # | Wells Fargo Bank, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 14133212 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14121614 | | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 14117880 | | Email/Text: bankruptcy@bbandt.com | Jan 15 2021 02:00:00 | BB&T Mortgage, P.O. Box 2467, Greenville, SC 29602-2467 |
| 14173240 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 15 2021 02:21:44 | Department Stores National Bank, c/o American InfoSource LP, PO Box 4457, Houston, TX 77210-4457 |
| 14117882 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 15 2021 02:22:41 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14162313 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 15 2021 02:00:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14117884 | | Email/PDF: pa_dc_claims@navient.com | Jan 15 2021 02:23:52 | Navient, P.O. Box 9533, Wilkes Barre, PA 18773-9533 |
| 14175371 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 15 2021 02:21:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 15-23669-JAD    Doc 168    Filed 01/16/21    Entered 01/17/21 00:34:43    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: lfin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 14117886 | + | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 15 2021 02:00:00 | State Farm Bank, P.O. Box 3299, Milwaukee, WI 53201-3299 |
| 14122165 | | Email/Text: home.sfbank-bankruptcynotice.083i01@statefarm.com | Jan 15 2021 02:00:00 | State Farm Bank, FSB, Attn: Bankruptcy Dept., PO Box 2328, Bloomington, IL 61702-2328 |
| 14117887 | | Email/PDF: gecsedi@recoverycorp.com | Jan 15 2021 02:23:47 | Synchrony Financial, P.O. Box 956052, Orlando, FL 32896-5052 |
| 14117889 | | Email/PDF: gecsedi@recoverycorp.com | Jan 15 2021 02:23:47 | Walmart, P.O. Box 965046, Orlando, FL 32896-5046 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Amerihome Mortgage Company, LLC |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Leslie R. Ashley asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor Amerihome Mortgage Company  LLC bnicholas@kmllawgroup.com |
| Michelle Badolato | on behalf of Creditor Amerihome Mortgage Company  LLC mbadolato@stradley.com, bfecker@stradley.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6